

U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square  
40 N. Central Ave., Suite 1800  
Phoenix, AZ 85004-4449

Main: (602) 514-7500  
Main Fax: (602) 514-7693

August 16, 2022

Honorable Camille D. Bibles  
United States Magistrate Judge  
123 North San Francisco Street, Suite 200  
Flagstaff, Arizona 86001

  Re: *United States v. Francisco Juan Acevedo*  
    USAO No. 2022R02860  
    Court No. CR-22-01040-PHX-SMB (JZB)

Dear Magistrate Judge Bibles:

  This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all of the available records in our office, to include internal computer data, and determined that:

☐  A CONFLICT MAY EXIST  
To the best of my knowledge, you had direct involvement in this case or matter while you were employed with the U.S. Attorney's Office on the following dates: October 1, 1998 through January 11, 2002; January 5, 2004 through March 2, 2012; and April 6, 2015 through February 5, 2019.

☒  NO PROBABLE CONFLICT  
My review of the file and/or court docket indicates you did not have direct involvement in this case or matter.

  Please feel free to contact me with any questions. Thank you.

                Sincerely,

                GARY M. RESTAINO  
                United States Attorney  
                District of Arizona

                *s/Raynette Logan*  
                RAYNETTE LOGAN  
                Assistant United States Attorney

RL/rcr



U.S. Department of Justice

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449 | Main:     (602) 514-7500<br>Main Fax: (602) 514-7693 |

August 16, 2022

Honorable Dominic W. Lanza
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 621
401 W. Washington Street, SPC 46
Phoenix, Arizona 85003-2151

      Re:   *United States v. Francisco Juan Acevedo*
             USAO No. 2022R02860; Court No.

Dear Judge Lanza:

     This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐    A CONFLICT MAY EXIST

      ☐    The case or matter was in the White Collar Fraud and Public Corruption Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**December 2, 2012 through January 24, 2015**).

      ☐    The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Criminal Division (**January 25, 2015 through September 11, 2018**).

      ☐    My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**October 14, 2008 through September 11, 2018**).

☒    NO PROBABLE CONFLICT

      ☒    My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the White Collar Fraud and Public Corruption Section when you supervised that section (**December 2, 2012 through January 24, 2015**); and 3) the case or matter was not in the office when you had supervisory authority over the Criminal Division (**January 25, 2015 through September 11, 2018**).

                                                       Sincerely,

                                                          GARY M. RESTAINO
                                                          United States Attorney
                                                           District of Arizona

                                                          *s/Raynette Logan*
                                                          RAYNETTE LOGAN
                                                          Assistant United States Attorney



U.S. Department of Justice

United States Attorney
District of Arizona

|  |  |
|---|---|
| Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004-4449 | Main: (602) 514-7500<br>Main Fax: (602) 514-7693 |

August 16, 2022

Honorable Steven P. Logan
U.S. District Court Judge
Sandra Day O'Connor U.S. Courthouse, Suite 521
401 W. Washington Street, SPC 82
Phoenix, Arizona 85003

      Re:    *United States v. Francisco Juan Acevedo*
              USAO No. 2022R02860
              Court No.

Dear Judge Logan:

      This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that a conflict may exist because this case is assigned to Raynette Logan.

                                            Sincerely,

                                            GARY M. RESTAINO
                                            United States Attorney
                                            District of Arizona

                                            *s/Raynette M. Logan*

                                            RAYNETTE M. LOGAN
                                            Assistant United States Attorney



U.S. Department of Justice

United States Attorney
District of Arizona

Two Renaissance Square    Main:    (602) 514-7500
40 N. Central Ave., Suite 1800    Main Fax: (602) 514-7693
Phoenix, AZ  85004-4449

August 16, 2022

Honorable Michael T. Morrissey
United States Magistrate Judge
Sandra Day O'Connor U.S. Courthouse, Suite 324
401 W. Washington Street
Phoenix, Arizona 85003-2151

    Re:    *United States v. Francisco Juan Acevedo*
          USAO No. 2022R02860; Court No.

Dear Judge Morrissey:

    This case has been or may be assigned to you. In order for you to determine whether a potential conflict may exist in a case or matter that has been assigned to your Court, and in light of your former positions with the Department of Justice, you have requested that we automatically provide the following information. We have carefully reviewed all the available records in our office, including the computer data, and determined that (mark the appropriate category, if applicable):

☐   A CONFLICT MAY EXIST

    ☐   The case or matter was in the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over the Appellate Section (**November 3, 2002 through May 1, 2005**).

    ☐   The case or matter was in the National Security and Border Security Section of the United States Attorney's Office for the District of Arizona while you served in a supervisory capacity over that section (**May 2007 through October 23, 2011**).

    ☐   My review of the file indicates that you had direct involvement in this case or matter while you worked in the United States Attorney's Office for the District of Arizona (**September 8, 1991 through September 7, 2013**).

☒   NO PROBABLE CONFLICT

    ☒   My review of the file indicates that: 1) you had no direct involvement in the case or matter; 2) the case or matter was not in the Appellate Section when you supervised that section (**November 3, 2002 through May 1, 2005**); and 3) the case or matter was not in the office when you had supervisory authority over the National Security and Border Security Section (**May 2007 through October 23, 2011**).

                        Sincerely,

                        GARY M. RESTAINO
                        United States Attorney
                        District of Arizona

                        *s/Raynette Logan*
                        RAYNETTE LOGAN
                        Assistant United States Attorney