**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan M. Brnovich | **Date:** October 20, 2025 |
| **USA v. Francisco Juan Acevedo** | **Case Number: CR-22-01040-001-PHX-SMB** |

**Assistant U.S. Attorney:** Raynette Logan and William Jon-Vincent Lichvar
**Attorney for Defendant:** Eric W. Kessler and Walter A. Ulrich, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**JURY TRIAL (DAY 1):**

9:15 a.m. Court is in session. Counsel and Defendant are present. Prospective jury panel of 53 are present and sworn. Voir dire commences. 9:57 a.m. Prospective jurors exit the courtroom except for jurors 1, 11, 25, 27 and 30. Jurors 27 and 30 are directed to complete the questionnaire. Individual voir dire held as to prospective jurors 1, 11, and 22. Follow up questions asked as to prospective juror 27. With no objection, the Government's request to strike juror 11 for hardship is granted. 10:20 a.m. Court is in recess.

10:49 a.m. Court reconvenes. Counsel and Defendant are present. Prospective jurors are not present. There are no Batson challenges. 10:53 a.m. Prospective jurors are present. Jury panel of thirteen (13) are seated and administered the oath. The remaining panel members are excused and released. Preliminary jury instructions are read to the jury. The parties present their opening statements. 11:35 a.m. Court is in recess.

1:03 p.m. Court reconvenes. Counsel and Defendant are present. The jury is present. **Government case:** Officer Justin Robertson is sworn and examined. Exhibits 113, and 300 – 312 are admitted. The witness is excused. Epifanio Gonzalez is sworn and examined. The witness is permanently excused. 2:27 p.m. Court is in recess.

2:49 p.m. Court reconvenes. Counsel and Defendant are present. The jury is present. Officer Brian Kisto is sworn and examined. The witness is excused. Jaime Gonzalez, III is sworn and examined. Question from the jury is asked and answered. The witness is permanently excused. Jaime Gonzalez, IV is sworn and examined. The witness is permanently excused. Sgt. Jerrod Rosson sworn and examined. The witness is excused. SA John Mikel is sworn and examined. Exhibits 117 and 172 are admitted. Question from the jury is asked and answered. The witness is excused. 4:28 p.m. The jury exits the courtroom and court remains in session. Trial matters discussed.

**USA v.** Francisco Juan Acevedo  **Date:** October 20, 2025
**Case Number:** CR-22-01040-001-PHX-SMB  Page 2 of 2

4:29 p.m. Court is in recess until 9:00 a.m. on October 21, 2025.

**Court Reporter** Elva Cruz-Lauer  **JT: 4 hrs 55 mins**
**Deputy Clerk** Elaine Garcia

**Start: 9:15 AM**
**Stop:  4:29 PM**